UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BRADLEY G. DRUMMOND, | Case No. 3:18-cv-00152-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JAMES DZURENDA, *et al.*, | |
| Defendants. | |

The complaint in this action was filed on April 9, 2018. (ECF No. 1-1.) The Court issued a notice of intent to dismiss Defendant H. Godecke pursuant to Fed. R. Civ. P. 4(m) unless proof of service was filed by February 9, 2020. (ECF No. 30.) The Court later granted Plaintiff an additional 60 days to serve Godecke and set a new deadline of March 27, 2020, to file proof service. (ECF No. 32.) To date, no such proof of service has been filed. Accordingly, it is ordered that the claims against H. Godecke are dismissed without prejudice.

DATED THIS 10th day of September 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE